# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES VINCENT<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, JOHNSON CONTROLS, INC., LEAR CORPORATION, DOWNTOWN FORD SALES and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  C 11-03973 WHA<br><br>~~[PROPOSED]~~ ORDER |

Based upon the stipulation of counsel to dismiss the claims against LEAR CORPORATION with prejudice, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the plaintiff's claims and action against LEAR CORPORATION are dismissed with prejudice and  as to that defendant only.

IT IS FURTHER ORDERED that plaintiff and Lear Corporation shall each bear his\its own costs and fees in connection herewith.

**IT IS SO ORDERED.**

Dated:  September 6, 2011

APPROVED
Judge William Alsup

Hon. William Alsup
United States District Judge

**VINCENT V. LEAR, CASE NO: C 11-03973 WHA
STIPULATION TO DISMISS LEAR CORP.; ~~[PROPOSED]~~ ORDER]**