UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES VINCENT<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, JOHNSON CONTROLS, INC., LEAR CORPORATION, DOWNTOWN FORD SALES and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.   C 11-03973 WHA<br><br>[PROPOSED] ORDER |

IT IS HEREBY ORDERED that based upon the stipulation of counsel which stipulates that the dismissal of Lear Corporation eliminates the basis for federal court jurisdiction in this matter, that the case is remanded to the Superior Court of the State of California for County of Contra Costa.   **THE CLERK SHALL FORWARD THE FILE.**

IT IS SO ORDERED,

Dated: September  12 , 2011

_/s/ William Alsup_
Hon. William    Alsup

- 3 -